IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Setep El Bey, ) | C/A No.: 3:13-cv-00845-TLW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Edward L. Grimsley, Benjamin E. Grimsley, ) | |
| Timothy Johnson, Jr., CitiFinancial Inc., ) | |
| Palmetto Citizens FCU, Kevin Taylor, ) | |
| Loc Phan, Grimsley Law Firm LLC, ) | |
| South Carolina Housing Authority, ) | |
| Midland Mortgage Corporation ) | |
| ) | |
| Defendants. ) | |
| _____) | |

# ORDER

On March 29, 2013, the Plaintiff, Setep El Bey ("Plaintiff") filed this civil action alleging that he has a lien on property under foreclosure in state court and that any property interests held by the Defendants is "junior and subordinate" to the Plaintiff's lien. (Doc. #1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Paige J. Gossett, (Doc. #10) to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends *sua sponte* that Plaintiff's Complaint be summarily dismissed, without prejudice and without issuance and service of process. (Id.). Objections were due by May 31, 2013. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in

1

whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #10) is **ACCEPTED** and Plaintiff's Complaint (Doc. #1) is **DISMISSED** without prejudice and without issuance and service of process.

    **IT IS SO ORDERED**.

    ____s/Terry L. Wooten____
    Chief United States District Judge

July 29, 2013
Columbia, South Carolina