AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Setep El Bey,
             *Plaintiff*
             v.                                                Civil Action No.     3:13-845-TLW

Edward L. Grimsley, Benjamin E. Grimsley,
Timothy Johnson, Jr., CitiFinancial Inc.,
Palmetto Citizens FCU, Kevin Taylor,
Loc Phan, Grimsley Law Firm LLC,
South Carolina Housing Authority,
Midland Mortgage Corporation
             *Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff shall take nothing of the defendants and this action is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge presiding. The Court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett to dismiss.

Date:   July 29, 2013                                *CLERK OF COURT*

                                                                          s/Angie Snipes
                                                           *Signature of Clerk or Deputy Clerk*